# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JAMES ANTHONY COFFMAN | CIVIL ACTION NO. 13-3099-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections (Record Document 7) filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of habeas corpus (28 U.S.C. §2254) be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).[1]

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 12th day of March, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner also filed a "Motion Seeking Abeyance of Currently Pending 2254 Habeas Corpus Petition" (Record Document 8). He seeks time to first present the allegation of constitutional error to the appellate courts of Louisiana. See id. Such motion is **DENIED**, as the arguments presented do not address and/or make any showing on the issue of timeliness under the provisions of 28 U.S.C. §2244(d).